# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-00588-RGK-RAO | Date | August 2, 2021 |
|---|---|---|---|
| Title | *Sicheng Xing v. The Partnerships and Unincorporated Associations Identified on Schedule A* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On May 11, 2021, the Court denied without prejudice Plaintiff's Motion for Default Judgment. (ECF No. 70). Notably, in that Order, the Court (1) set aside the defaults entered against all Defendants and (2) noted that Plaintiff's proof of service was deficient because it did not comply with Federal Rule of Civil Procedure 4(l). (Order re Mot. Default J. at 3–4). Since that time, Plaintiff has dismissed two Defendants pursuant to a settlement agreement. (ECF Nos. 86, 88). But Plaintiff has taken no other action to the remaining 6 Defendants,[1] such as providing a new proof of service that remedies the previous service's deficiencies. The Court therefore orders Plaintiff to show cause in writing why this case should not be dismissed for lack of prosecution. Plaintiff's response is due within **7 days of this Order's issuance**.

**IT IS SO ORDERED.**

Initials of Preparer

---

[1] Plaintiff had already dismissed Defendant Forever Cases & More, (ECF No. 59), and Defendant MILIVIXAY, (ECF No. 71).