UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-00588-RGK-RAO | Date | August 26, 2021 |
| Title | *Sicheng Xing v. P'ships and Uninc. Ass'ns Identified on Schedule A* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On May 11, 2021, the Court denied without prejudice Plaintiff's Motion for Default Judgment. (ECF No. 70). Notably, in that order, the Court (1) set aside the defaults entered against all Defendants and (2) noted that Plaintiff's proof of service was deficient because it did not comply with Federal Rule of Civil Procedure 4(l). (Order re Mot. Default J. at 3–4, ECF No. 70). Because Plaintiff has since failed to provide proof that the remaining five Defendants[1] have been properly served, on August 2, 2021, the Court ordered Plaintiff to show cause in writing as to why this case should not be dismissed for lack of prosecution. (Order to Show Cause, ECF No. 90.)

Plaintiff responded on August 9, 2021 and asserts that Defendants' email addresses are needed to serve Defendants, citing the Court's February 3, 2021 order permitting Plaintiff to serve Defendants by alternative electronic means (ECF No. 23). To that end, Plaintiff sent a subpoena to Amazon.com on May 12 and again on July 22. Amazon.com acknowledged receipt of the subpoena on July 28 but has yet to respond. Plaintiff's status report states that as of August 23, 2021, Defendants have not been served because Plaintiff is still waiting for a response from Amazon.com. (ECF No. 92.)

Plaintiff requests 60 days from the August 2 Order to Show Cause to file proper proof of service and alternatively requests that the Court order Amazon.com to provide the email addresses of the five remaining Defendants to Plaintiff. The Court **DENIES** Plaintiff's requests.

On February 3, 2021, the Court granted Plaintiff's request to serve Defendants by alternative electronic means. (Order re *Ex Parte* Appl. for Alt. Elec. Serv., ECF No. 23.) Specifically, the Court permitted Plaintiff to "serve Defendants by: (1) posting a copy of the complaint and all necessary materials online so that it can be downloaded; and (2) sending Defendants a link to this website via a

---

[1] The five defendants that remain in this action include GESD Pleasure, Maple Dealz, Hicdaw Direct, INTAR, and Chambery-US (collectively, "Defendants").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-00588-RGK-RAO | Date | August 26, 2021 |
| Title | *Sicheng Xing v. P'ships and Uninc. Ass'ns Identified on Schedule A* | | |

message to Defendants' Amazon accounts **or** Defendants' emails associated with their Amazon accounts." (*Id.* at 5–6 (emphasis added).) Plaintiff appears to have successfully posted the necessary materials online but asserts that Defendants' email addresses are necessary to effect service. However, emailing Defendants is just one of two electronic methods that the Court authorized. The second method is sending Defendants the link "via a message to Defendants' Amazon accounts." This method is distinct, and neither Plaintiff's response to the Court's OSC nor Plaintiff's status report explain why Plaintiff cannot serve Defendants using this method.

As such, Plaintiff has until **September 8, 2021** to show good cause in writing as to why this case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

|  |  : |
|---|---|
| Initials of Preparer | jre |